**Russell J. FRAUENDORFER,**
**Appellant,**

v.

**Dwight L. FONDREN,**
**Warden, Appellee.**

No. 09–2432.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 29, 2010.

Filed: May 5, 2010.

Russell J. Frauendorfer, Sandstone, MN, pro se.

Kimberly A. Svendsen, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Federal inmate Russell J. Frauendorfer appeals the district court's [1] dismissal of his 28 U.S.C. § 2241 petition. Having reviewed the record de novo, *see Mitchell v. U.S. Parole Comm'n,* 538 F.3d 948, 951 (8th Cir.2008) (per curiam); *Matheny v. Morrison,* 307 F.3d 709, 711–12 (8th Cir. 2002), we find no basis for reversal. Accordingly, we deny Frauendorfer's request for appointed counsel and we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, adopting in part the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.